UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEAN DENISON, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. C17-1881 RAJ <br><br> **ORDER TO SHOW CAUSE** |

Plaintiff's Complaint seeking review of the Commissioner's decision denying Social Security benefits was filed on December 21, 2017. Dkt. 2-3. That same day, the Clerk issued the summonses in this case and Plaintiff filed proof of service on the Commissioner. Dkt. 4-5. Pursuant to FRCP 12(a)(2), the Commissioner must serve an answer to the complaint within 60 days after service. In this case, the Commissioner was required to file an answer by February 21, 2018. To date, the Commissioner has filed no answer. The Commissioner is hereby directed to file an answer, or show cause **on or before March 9, 2018**, why this matter should not be remanded due to the failure to file an answer.

DATED this 26th day of February, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SHOW CAUSE - 1